JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY J. MABE, | ) | NO. CV 13-02190-VBF-SP |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN RICHARD IVES, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order issued this same date, final judgment is entered in favor of respondent Warden Richard Ives and against petitioner Gary J. Mabe.

DATED: December 3, 2013

*Valerie Baker Fairbank*

_____

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE